**Form BLdfnld7** (5/17/2004)

# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

IN RE: CASE NO: 1–05–22455–jf

  Denise Mattei

SSN/TAX ID: CHAPTER: 7

  xxx–xx–6208

        DEBTOR(s)

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on August 4, 2005; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED** :

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- John S. Pereira (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

                                                    BY THE COURT

Dated: January 5, 2006                                  s/ Jerome Feller
                                                               United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7** (5/17/2004)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0207-1              User: acruz                    Page 1 of 1                  Date Rcvd: Jan 05, 2006
Case: 05-22455                    Form ID: 262                   Total Served: 36
```

The following entities were served by first class mail on Jan 07, 2006.
```
db          +Denise Mattei,    377 Adelaide Avenue,    Staten Island, NY 10306-5329
aty         +Kevin B Zazzera,    88 New Dorp Plaza,    Suite 108,    Staten Island, NY 10306-2902
tr          +John S. Pereira,    150 East 58th Street,    14th Floor,    New York, NY 10155-0002
smg         +Deirdre A. Martini,    Office of the United States Trustee,    33 Whitehall Street - 22nd Floor,
              New York, NY 10004-2133
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit - TCD,    Bldg. 8, Room 455,
              W. A. Harriman State Campus,    Albany, NY 12227-0001
smg         +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
4895433      Amoco,    Midland Credit Management, Inc,    P.O. Box 939019,    San Diego, CA  92193-9019
4895434     +Annie Sez,    P.O. Box 1003,    Totowa, NJ 07511-1003
5222929      Arrow Financial Services LLC,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
4895435     +Bombay,    C/O Transamerica Bank,    11227 Lakeview Avenue,    Lenexa, KS 66219-1399
4895437      Capital One,    C/O Arrow Financial Services,    P.O. Box 1206,    Oaks, PA  19456-1206
4895436     +Capital One,    C/O Cohen & Slamowitz, LLP,    P.O. Box 9004,    Woodbury, NY 11797-9004
4895438     +Citgo-Plus,    C/O Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
4895439     +Citi Financial,    P.O. Box 22066,    Tempe, AZ 85285-2066
4895440     +Citibank/Shell,    C/O Plaza Associates,    P.O. Box 18008,    Hauppauge, NY 11788-8808
4895441      Consolidated Edison Of NY,    C/O Inovision, A Marlin Company, LLC,    P.O. Box 1702,
              New York, NY  10116-1702
4895442      Express,    C/O Mitchell N. Kay, PC,    P.O. Box 9006,    Smithtown, NY  11787-9006
4895443      Fingerhut Credit Advantage,    C/O Midland Credit Management,    P.O. Box 939019,
              San Diego, CA  92193-9019
4895444     +Fortunoff,    C/O Accounts Recovery Group, Inc.,    P.O. Box 528,    Orchard Park, NY 14127-0528
4895445     +JC Penney,    C/O Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
4895448     +Mastercard,    C/O Associated Recovery Systems,    201 West Grand Avenue,    Escondido, CA 92025-2603
4895449     +Midnight Velvet,    C/O Allen M. Rosenthal, Esq,    111 Livingston Street,    Brooklyn, NY 11201-5078
4895450      New York & Company,    C/O Mitchell N. Kay, Esq,    P.O. Box 9006,    Smithtown, NY  11787-9006
4895452     +PROVIDIAN,    C/O Mel S. Harris & Associates, LLC,    116 John Street,    New York, NY 10038-3300
4895451     +Pro Active,    C/O Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
4895453     +S P Capital,    1601 W Airport Freeway,    Euless, TX 76040-4020
4895454     +Spiegel,    C/O Cohen & Slamowitz, LLP,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
4895455     +Staten Island University Hospital,    C/O Paul Michael,    18609 Union Turnpike,
              Flushing, NY 11366-1733
4895457     +Syms,    C/O Erin Capital Management,    116 John Street,    New York, NY 10038-3300
4895458     +Target,    C/O Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI 48090-2036
```
The following entities were served by electronic transmission on Jan 05, 2006 and receipt of the transmission
was confirmed on:
```
4895432     +EDI: IRS.COM Jan 05 2006 15:28:00      Internal Revenue Service,    Bankruptcy Unit,
              625 Fulton Street, 5th Floor,    Brooklyn, NY 11201-5432
4895446      EDI: WTRWFNNB.COM Jan 05 2006 15:28:00      Limited,    C/O WFNNB,    P.O. Box 182071,
              Columbus, OH  43218-2071
4895447     +EDI: TSYS2.COM Jan 05 2006 15:29:00      Macys,    C/O FMS Inc.,    9111 Duke Drive,
              Mason, OH 45040-8999
4895456     +EDI: WTRWFNNB.COM Jan 05 2006 15:28:00      Structure,    C/O World Financial Network NB,
              P.O. Box 182071,    Columbus, OH 43218-2071
4895459      EDI: WTRWFNNB.COM Jan 05 2006 15:28:00      Victoria Secret,    C/O World Financial Network NB,
              P.O. Box 182071,    Columbus, OH  43218-2071
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2006**                                    **Signature:** _Joseph Speetjens_